UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TOTAL MARINE SERVICES OF | * | CIVIL ACTION: |
| JEFFERSON, INC. | * | |
|    Plaintiff, | * | |
| | * | SECTION: |
| VERSUS | * | |
| | * | MAGISTRATE: |
| BUCKTOWN BARGES INC. *et al* | * | ADMIRALTY |
| | * | |
| | * | Pursuant to Rule 9(h) of the |
| | * | Federal Rules of Civil Procedure |

## **VERIFIED COMPLAINT TO MAKE SETTLMENT AGREEMENT EXECUTORY**

The plaintiff, Total Marine Services of Jefferson, Inc. ("Total Marine"), submits the following Verified Complaint.

## **JURISDICTION**

I.

This is an admiralty and maritime law claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction pursuant to 28 U.S.C. §1333.

## PARTIES

II.

Plaintiff, Total Marine, was and is now a corporation organized under the laws of the State of Louisiana with its principal place of business and registered office at 2057 Destrehan Avenue, Harvey, LA 70058, and who is engaged in the business of repairing vessels as well as providing other necessary services to vessels within the meaning of 46 U.S.C. § 31342.

III.

Defendant, Bucktown Barges Inc. ("Bucktown"), *in personam*, is a corporation organized under the laws of the State of Louisiana with its principal place of business, registered office and domicile located at 400 Hammond Highway, 3C, Metairie, Louisiana, 70005.

## CAUSES OF ACTION

IV.

This is a complaint has been filed in accordance with Local Rule 54.7E for failure to fulfill obligations agreed upon in a settlement agreement.

## FACTUAL ALLEGATIONS

V.

From February 2008, until the present time, Bucktown, though its owner, Alan Alario, retained Total Marine to perform repairs and other mechanical and structural work to the M/V CHLOE LEE and M/V LUCY.  Bucktown maintained an open account with Total Marine, which provided the requested repair services for the benefit of the defendant, which repairs were satisfactorily performed by Total Marine.  *See* Total Marine Invoice Spreadsheet, attached as Exhibit 1.

VI.

Although Total Marine provided the requested repairs to the defendants, Alan Alario and his company, Bucktown, has failed to pay for the repairs, despite numerous requests and amicable demands.  *See* Total Marine invoice nos. 5860, 5869, with interest statements, attached *in globo* as Exhibit 2; *see also* demand letter, attached as Exhibit 3.

VII.

As evidenced by the attached exhibits, and as a result of Bucktown's failure to pay on its open account, Total Marine suffered damages in the amount of THIRTY THOUSAND SIX HUNDRED THIRTY-EIGHT AND FIVE CENTS ($30,638.05)

VII.

On August 3, 2009, Total Marine and Bucktown entered into a settlement agreement wherein Bucktown agreed to make six (6) monthly installment payments of $5,106.34 to Total Marine to satisfy the debt, starting on September 5, 2009.  See Exhibit 4.

IX.

Total Marine agreed not to file suit against Bucktown as a result of this settlement agreement.

X.

Unfortunately, Bucktown did not honor the settlement agreement and made only one payment, leaving $25,531.71 outstanding and has refused to pay anything more.

XI.

Due to Bucktown's failure to fulfill its obligations under the settlement agreement, Total Marine requests this Court convert the settlement agreement into an executory judgment in accordance with Local Rule 54.7E.

XII.

**WHEREFORE**, plaintiff, Total Marine Services of Jefferson, Inc., prays that the settlement agreement mutually agreed upon by both Total Marine and Bucktown Barges, Inc., be converted to an executory judgment due to Bucktown's failure to comply. Total Marine prays for an executory judgment in the amount of $25,531.71 including interest, as well as reasonable attorney's fees as provided by in the settlement agreement and all costs of these proceedings.

Respectfully submitted,

  /s/ Jason Waguespack
JASON P. WAGUESPACK (#21123)
DAVID N. LORIA (#30602)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Counsel for Total Marine Services of Jefferson, Inc.